No. 88–5302.  LUMBAR *v.* UNITED STATES; and

No. 88–5324.  GOODSKY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 88–5303.  LARKINS *v.* ZIMMERMAN, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–5304.  LUN WOON TAM *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–5306.  LANDI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 88–5309.  PENNINGTON *v.* GOSSELIN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–5320.  HERRMANN *v.* THORNBURGH, ATTORNEY GENERAL, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–5321.  GONZALES *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 88–5327.  GABRIEL *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 88–5337.  BLACKSTON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–5350.  KLEIN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 88–5356.  WALLACE *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 88–5358.  VENCE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 88–5361.  TARANTINO *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 88–5375.  HALL ET AL. *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.